John Moody, Respondent, v Svetlana Sorokina, Appellant.

Submitted June 11, 2007; decided September 4, 2007

Reported below, 40 AD3d 14.

Motion for reconsideration of this Court's May 8, 2007 dismissal order denied [see 8 NY3d 978]. Motion for poor person relief dismissed as academic.

Morris Heights Health Center, Inc., Respondent, v Andrew DellaPietra et al., Appellants, et al., Defendants.

Submitted June 4, 2007; decided September 4, 2007

Reported below, 38 AD3d 261.

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]).

The People of the State of New York, Respondent, v James Taylor, Appellant.

Submitted June 11, 2007; decided September 4, 2007

Reported below, 42 AD3d 13.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Oleg Rivkin, Appellant, v Century 21 Teran Realty LLC et al., Respondents, et al., Defendants.

Decided September 4, 2007

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge Kaye and Judges Ciparick, Graffeo, Read, Smith, Pigott and Jones.